MARGARET LEHRKIND
SBCA # 314717
Lehrkind Law Office, P.C.
2625 Alcatraz Ave, # 208
Berkeley, CA 94705
Tel: 510-590-1907
Margaret@LehrkindLawOffice.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARMINA VALENTINE,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant | CASE NO.: 2:25-cv-00381-DMC<br><br>STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; ORDER |

  The parties, through their attorneys of record, hereby stipulate, subject to the Court's approval, to extend the time allowed for the Plaintiff to file her motion for summary judgment to May 28, 2025.

  Good cause exists for this request. Plaintiff's counsel has worked diligently to comply with the Court's deadlines in this case. However, Plaintiff's counsel had several unexpected deadlines in early April and requires an additional 30 days to prepare the motion for summary judgment in this case.

  On April 15, 2025, Defendant's counsel agreed to stipulate to Plaintiff's request for an extension of time.

STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT - 1

Based on the foregoing, Plaintiff's counsel requests that the court grant her request for an extension of time.

DATE: April 15, 2025              Respectfully submitted,

By:   /s/ Margaret Lehrkind
      Margaret Lehrkind
      SBCA # 314717
      2625 Alcatraz Ave, # 208
      Berkeley, CA 94705
      Tel: 510-590-1907
      Margaret@LehrkindLawOffice.com

By:   /s/ Justin Lane Martin
      Office of the General Counsel, SSA
      Office of Program Litigation, Office 7
      Social Security Administration
      6401 Security Boulevard
      Baltimore, MD 21235
      510-970-4808
      Email: justin.l.martin@ssa.gov

**IT IS SO ORDERED:**

Dated: April 17, 2025

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT - 2